**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**RICHARD EDWARD DAUGHERTY,**

Plaintiff,

v.

**CIV. ACT. NO. 5:26-CV-80**
Judge Bailey

**THE UNITED STATE GOVERNMENT, DONALD J. TRUMP, G.E.O GROUP,** private person corporation, **WILLIAM K. MARSHALL,** Director for Federal Bureau of Prisons Central Office, **JOHN BRENN,** Central Intelligence Agency in Arlington, Virginia, **ROBERT BROWN,** F.B.O.P. Warden at Gilmer FCI, **SHANNON D. WITHERS,** Warden at Coleman I U.S.P. Complex, and **MRS. SAGE,** F.B.O.P. Lewisburg FCI,

Defendants.

**ORDER**

The above-styled matter came before this Court for consideration of the Report and Recommendation of United States Magistrate Judge Mazzone [Doc. 22]. Pursuant to 28 U.S.C. § 636(b)(1)(B), this action was referred to Magistrate Judge Mazzone for submission of a proposed report and a recommendation ("R&R"). Magistrate Judge Mazzone entered his R&R on August 6, 2026, wherein he recommends the Complaint [Doc. 1] be dismissed and the pending Motions [Docs. 18 & 20] be denied as moot. [Doc. 22 at 4]. For the reasons that follow, this Court will adopt the R&R.

This Court is charged with conducting a *de novo* review of any portion of the R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in the R&R. 28 U.S.C. § 636(b)(1).

However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. ***Thomas v. Arn***, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. ***United States v. Schronce***, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the R&R.[1]

A *de novo* review of the record indicates that the R&R accurately summarizes this case and the applicable law. Accordingly, the R&R [**Doc. 22**] is **ORDERED ADOPTED**. The Complaint [**Doc. 1**] is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion Seeking Change of (Venue) (Removal) (Leave of Courts) [**Doc. 18**] and plaintiff's Motion to Correct/Change the Name of (John Brenn) to Current CIA Director (John Ratcliffe) [**Doc. 20**] are **DENIED AS MOOT**. The Clerk is **DIRECTED** to **STRIKE** this matter from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein and is further directed to mail a copy to the *pro se* plaintiff.

---

[1] Pursuant to the R&R, "[w]**ithin fourteen (14) days** after being served with a copy of this Report and Recommendation, any party may file with the Clerk of the Court, **specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection.**" *See* [Doc. 22 at 5 (emphasis in original)].

Per the United States Postal Service website, service of the R&R was accepted on August 11, 2026. August 11, 2026, was twenty-two (22) days ago. Thus, this Court did not just wait the standard fourteen (14) days—this Court waited an additional eight (8) days before ruling on the pending R&R.

**DATED**: September 2, 2026.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**